No. 77–6487.  KING *v.* CHAVEZ, PRISON SUPERINTENDENT, ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 77–6492.  GARCIA *v.* MALLEY, WARDEN.  C. A. 10th Cir.  Certiorari denied.

No. 77–6498.  MCBRIDE *v.* DELTA AIR LINES, INC.  C. A. 6th Cir.  Certiorari denied.

No. 77–6499.  MENARD *v.* NEBRASKA.  Sup. Ct. Neb.  Certiorari denied.

No. 77–6500.  CLEVELAND *v.* MARYLAND.  Ct. Sp. App. Md.  Certiorari denied.

No. 77–6504.  EDDINGS *v.* OKLAHOMA.  Ct. Crim. App. Okla.  Certiorari denied.

No. 77–6505.  WATSON *v.* NEW JERSEY.  Sup. Ct. N. J.  Certiorari denied.

No. 77–6507.  TODD *v.* GEORGIA.  Ct. App. Ga.  Certiorari denied.

No. 77–6509.  GOODE *v.* PERINI, CORRECTIONAL SUPERINTENDENT.  C. A. 6th Cir.  Certiorari denied.

No. 77–6512.  KICKASOLA *v.* JIM WALLACE OIL CO. ET AL.  Ct. App. Ga.  Certiorari denied.

No. 77–6515.  HILL *v.* WYRICK, WARDEN.  C. A. 8th Cir.  Certiorari denied.

No. 77–6523.  DUDAR *v.* UNITED STATES.  C. A. 6th Cir.  Certiorari denied.